Oklahoma County Sheriff's Office
Detention Services Bureau

# Policy Statement

**INMATE RESTRICTED**

| | |
|---|---|
| **DIVISION:** | Detention Services Bureau |
| **NUMBER:** | 4310.00 |
| **DATE:** | October 25, 2016 |
| **SUBJECT:** | Sight Checks |

### Purpose and Scope

The Oklahoma County Detention Center has established procedures for ensuring fifteen (15) minute, thirty (30) minute, and one (1) hour sight checks. Sight checks are established to ensure the safety and security of our inmate population.

A. Directives Rescinded:
   N/A

B. Directives Referenced:
   Policy Statement 2175.04 "Detention Center Incident Reports"
   Policy Statement 3550.03 "Daily Inspections"
   Policy Statement 4075.04 "Unit Management"
   Policy Statement 4520.02 "Suicide Prevention/Suicide Precautions"
   Policy Statement 4300.01 "Restrictive Housing Units (RHU)"
   Policy Statement 4305.03 "At-Risk Security Management (Normal Operations)"
   Policy Statement 4210.02 "Juveniles"

C. Standards Referenced:
   1-CORE-2A-24

I. **Responsibility**

   A. Shift Commanders

      i. Sight Check and Logbooks

         a. The Shift Commander will have the overall responsibility to ensure all sight checks are completed during their hours of duty. The Shift Commander will submit a completed *Daily Logbook Monitor sheet (Attachment #1)* at the end of each shift to the designated captain verifying the assigned staff and completion of each sight check in accordance with *Policy Statement 3550.03 Daily Inspections*.

         b. In the event that a sight check has been missed, the Shift Commander will ensure that an Incident Report explaining the circumstances is submitted to the designated captain at the end of each shift in accordance with *Policy Statement 2175.04 Detention Center Incident Reports*.

Estate of Clinton v OCSO
OCSO - 09834

B. Unit Managers and Assigned Officers

   i. Unit Managers will ensure that a sufficient number of unit staff is assigned to conduct inmate sight checks in accordance with *Policy Statement 4075.04 Unit Management.*
   ii. Unit Managers shall review documentation such as Guard One reports and Logbooks to ensure sights checks are completed on a daily basis. Disciplinary action will be taken against any employee who fails to conduct sight checks properly, excluding exigent circumstances.
   iii. Sight checks will be conducted at irregular and varying times, either at sixty (60) minute, thirty (30) minute, or fifteen (15) minute intervals depending on the unit designation, i.e. general population, special housing unit, medical/mental health, ect.
   iv. Sight Checks shall be documented at the interval designated for the classification of the inmates present in the housing units.
   v. The Guard One system will be utilized to conduct all sight checks and will be documented in the Post Activity Logbook.
   vi. When conducting sight checks, the assigned officer will visually inspect all areas of the housing units and ensure that there are no obstructions preventing the officer from clearly observing the entire cell and the inmates assigned to it.
   vii. The assigned officer must pay close attention to any signs of unusual behavior or distress displayed by the inmate and shall take proper action in accordance with provided training.
   viii. Each assigned officer will ensure that their Guard One Wand has been properly downloaded prior to the conclusion of their assigned shift or in the event that they are reassigned to a different area.
   ix. Sight Checks shall be called into Camera Operations in a timely manner.

## II. Sight Check Requirements for Suicidal Inmates

   A. Detention Officers assigned to Suicide Precautions shall observe the suicidal inmate based on the Suicide Level Ordered.

      i. Level I – Observed continuously on a twenty-four (24) hour basis until the licensed medical health professional releases the inmate from Suicide Precautions or downgrades the inmate's status to a Level II.
      ii. Level II – Observed at irregular times, not to exceed fifteen (15) minutes on a twenty – four (24) hour basis until the licensed medical health professional releases the inmate from Suicide Precautions or the inmate's statuses upgraded to a Level I.
      iii. At no time will an inmate who was on Level I status be released from suicide precautions to general population without being placed on a Level II Status.
      iv. Staff will conduct thirty (30) minute sight checks on all inmates assigned to mental health status.

   B. The Detention Officer performing the Suicide Precautions observation shall have a radio or other means to summon help immediately if the inmate should display any suicidal or unusual behaviors.

Sight Checks                                                                                                          Page 2 of 4
Estate of Clinton v OCSO
OCSO - 09835

C. The Detention Officer shall maintain a log of all sight checks completed on any inmate placed on Suicide Precautions. It shall contain documentation at irregular fifteen (15) minute intervals reflecting that sight checks were conducted as required in accordance with *Policy Statement 4520.02 Suicide Prevention/Suicide Precautions.*
D. During each Suicide Precautions, the detention officer assigned to perform the suicide precautions security procedures shall maintain a chronological log that records the following:

  i. Inmate's status
  ii. Any unusual behavior
  iii. Services provided
  iv. Other relevant information

E. Documentation of other staff visits to the inmate shall also be recorded on the log. The licensed medical health professional and other staff shall review and sign the log when visits are conducted.
F. The 15 Minute Sight Check Male (Attachment #2) form or the 15 Minute Sight Check Female (Attachment #3) form must be used for all inmates placed on all Suicide Precautions levels. If an inmate is placed in restraints the Restraint Record (Attachment #4) must be utilized.

### III. Restrictive Housing Units

A. A detention officer personally observes all inmates on medical status, Protective Custody, Administration Segregation, and Disciplinary Segregation at least every thirty (30) minutes on an irregular schedule in accordance with *Policy Statement 4300.01 Restrictive Housing Units (RHU).*
B. Inmates who are violent, mentally disabled, or who demonstrate unusual or bizarre behavior receive more frequent observation than those in general population.

### IV. At-Risk Inmates (Post 1, 2, 3)

A. A specific detention officer designated by the Shift Commander shall conduct sight checks at irregular times not to exceed fifteen (15) minutes.
B. Sight checks shall be conducted using the Guard One electronic system and recorded on the permanently bound logbook that will only be used for recording sight checks in accordance with *Policy Statement 4305.03 At-Risk Security Management (Normal Operations).*

### V. Juveniles

A. A detention officer will provide direct supervision to the juvenile inmates and a sight check will be conducted at least every thirty (30) minutes in accordance with *Policy Statement 4210.02 Juveniles.*

Estate of Clinton v OCSO
OCSO - 09836

The Jail Administrator or designee is responsible for the annual review of this policy/procedure.

Exception to this policy/procedure is not authorized without prior written approval of the Sheriff. The exception shall detail the need, duration and priority for the exception.

**Approved by:**

John Whetsel, Sheriff

Danny Honeycutt, General Counsel

Jack Herron, Jail Administrator

_[signature]_ 10/25/16
Sheriff Signature

_[signature]_
General Counsel Signature

_[signature]_
Jail Administrator Signature

# FEMALE

**FEMALE 15 MINUTE OBSERVATION SHEET**

LAST NAME_____ FIRST NAME_____

CELL: 13 _____ IN#_____ START/END DATE_____/_____

FEMALE    FEMALE    FEMALE    FEMALE    FEMALE    FEMALE    FEMALE

STATUS:    SP I    SP II    ADMIN SEG    MHO    MED    PC    DISIPLINARY

| TIME | INMATE ACTIVITY | PRINT LAST NAME | TIME | INMATE ACTIVITY | PRINT LAST NAME |
|------|-----------------|-----------------|------|-----------------|-----------------|
|      |                 |                 |      |                 |                 |

# MALE

## MALE 15 MINUTE OBSERVATION SHEET

LAST NAME_____ FIRST NAME_____

CELL: 13 _____ IN# _____ START/END DATE _____ / _____

| MALE | MALE | MALE | MALE | MALE | MALE | MALE |
|------|------|------|------|------|------|------|
| STATUS: | SP I | SP II | ADMIN SEG | MHO | MED PC | DISIPLINARY |

| TIME | INMATE ACTIVITY | PRINT LAST NAME | TIME | INMATE ACTIVITY | PRINT LAST NAME |
|------|-----------------|-----------------|------|-----------------|-----------------|
|      |                 |                 |      |                 |                 |

# Restraint Record

Policy Statement Sight Checks
Attachment #3

Last Name: _____  First Name: _____  Status:
Date Placed: _____  Time of Placement: _____  _____  **SPI** (Danger to Self)
13 # _____  Approving Authority: _____  _____  **MR** (Medical)
Justification Narrative: _____  _____  **SR** (Threat to Others/Property)

| TIME | INMATE ACTIVITY CODE | PRINT LAST NAME | TIME | INMATE ACTIVITY CODE | PRINT LAST NAME |
|---|---|---|---|---|---|
| 00: | | | 12: | | |
| 00: | | | 12: | | |
| 00: | | | 12: | | |
| 00: | | | 12: | | |
| 01: | | | 13: | | |
| 01: | | | 13: | | |
| 01: | | | 13: | | |
| 01: | | | 13: | | |
| 02: | | | 14: | | |
| 02: | | | 14: | | |
| 02: | | | 14: | | |
| 02: | | | 14: | | |
| 03: | | | 15: | | |
| 03: | | | 15: | | |
| 03: | | | 15: | | |
| 03: | | | 15: | | |
| 04: | | | 16: | | |
| 04: | | | 16: | | |
| 04: | | | 16: | | |
| 04: | | | 16: | | |
| 05: | | | 17: | | |
| 05: | | | 17: | | |
| 05: | | | 17: | | |
| 05: | | | 17: | | |
| 06: | | | 18: | | |
| 06: | | | 18: | | |
| 06: | | | 18: | | |
| 06: | | | 18: | | |
| 07: | | | 19: | | |
| 07: | | | 19: | | |
| 07: | | | 19: | | |
| 07: | | | 19: | | |
| 08: | | | 20: | | |
| 08: | | | 20: | | |
| 08: | | | 20: | | |
| 08: | | | 20: | | |
| 09: | | | 21: | | |
| 09: | | | 21: | | |
| 09: | | | 21: | | |
| 09: | | | 21: | | |
| 10: | | | 22: | | |
| 10 | | | 22: | | |
| 10 | | | 22: | | |
| 10 | | | 22: | | |
| 11: | | | 23: | | |
| 11: | | | 23: | | |
| 11: | | | 23: | | |
| 11: | | | | | |

Initials: _____  Signature: _____  Initials: _____  Signature: _____
Initials: _____  Signature: _____  Initials: _____  Signature: _____
Initials: _____  Signature: _____  Initials: _____  Signature: _____
Health Administrator/Designee _____  Jail Administrator/Designee _____

Estate of Clinton v OCSO
OCSO - 09840