

# MINUTES
# COMMAND STAFF CONCERNS

## Undersheriff PD Taylor

### June 27, 2016

**Present**

Chief Deputy Rickey Barrow
Captain Gene Bradley
Captain Ed Felz-by phone
Captain Scott Sedbrook
Captain Paul Snyder
Captain Terri Streeter

Casey Reeser-Investigation
Michael Belanger-Investigation
Doctor Childs-Armor Medical Director
Traci Lindsey-Armor HSA
Robin Taylor-Director of Nursing

Note Taker: Vicki Kildow

Problems and Concerns:
- Inmate Suicide and Deaths
- Jail Staffing
- Armor Healthcare

Recommendations:

Place Armor Medical office on 4th Floor Pod D cell 11. This will give the inmates more contact with health care professionals. Can be monitored more effectively.

Volunteer Chaplains would visit inmates housed on 4D and 10D. This would also give inmates more contact within the first 48 hours.

New Cadet Officer training from 3 weeks to 6 weeks. This additional training will help retain officers. Reiterate to existing staff the importance of proper sight checks and the importance of communicating with supervisors about inmates at risk.

1

BROTHERS 839

| Name | Agency |
|---|---|
| Scott Seabrook | OCSO |
| GENE BRADLEY | OCSO |
| Vicki Kidlaw | |
| CASEY RESER | OCSO |
| Jerry Childs | Armor |
| Tracie Lindsey | Armor |
| Robin Taylor | Armor |
| Paul Snyder | OCSO |
| Jenni Athgoten | OCSO |
| Michael Belanger | OCSO |
| Rickey Barrow | OCSO |
| P.O. Taylor | OCSO |

BROTHERS 840