IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EQULLA M. BROTHERS, as the Personal Representative and Administratrix of the Estate of Daryl Clinton, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>TOMMIE JOHNSON III, Oklahoma County Sheriff in his official capacity,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-21-418-SLP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **VERDICT**

We, the jury, duly empaneled and sworn in the above entitled cause, do, upon our oaths, unanimously find as follows:

**PART 1**:

On the § 1983 claim against Defendant in his official capacity, we find (*select either A or B*):

A. _____  For Plaintiff, Equlla M. Brothers, as Personal Representative of the Estate of Daryl Clinton

B. \_✗\_  For Defendant, Tommie Johnson, III, Oklahoma County Sheriff in his official capacity

**PART 2**:

*Complete PART 2 ONLY if you found for Plaintiff, Equlla M. Brothers, as Personal Representative of the Estate of Daryl Clinton and against Defendant, Tommie Johnson, III, Oklahoma County Sheriff in his official capacity in PART 1.*

### Damages

We, the jury, unanimously find (*select either A or B*):

A. \_\_\_\_\_  Plaintiff has established a claim and proven that Mr. Clinton suffered actual, compensatory damages in the sum of $_____.

B. \_\_\_\_\_  Plaintiff has established a claim but has not proven any actual damages for it. Thus, we award nominal damages in the amount of $1.00.

_8/11/23_                         _[signature]_
Date                                       Foreperson

2