# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EQULLA M. BROTHERS, as the Personal Representative and Administratrix of the Estate of Daryl Clinton, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> TOMMIE JOHNSON III, Oklahoma County Sheriff in his official capacity, <br><br> Defendant. | Case No. CIV-21-418-SLP |

## **JUDGMENT**

This action came before the Court for a trial by jury. The issues have been tried and on August 11, 2023, the jury rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Tommie Johnson, III, Oklahoma County Sheriff in his official capacity on Plaintiff's claims under 42 U.S.C. § 1983.

ENTERED this 14th day of August, 2023.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE