Dear [INSERT JUROR NAME]:

As you may recall, my name is [INSERT ATTORNEY NAME] and I represent Equlla Brothers in the Estate of Daryl Clinton v. Tommie Johnson III/Oklahoma County lawsuit that went to a jury trial from August 8-11, 2023. I wanted to reach out to you to see if you would be willing to share your insights regarding the jury's deliberations and bases for its verdict.

I wanted to also let you know that in an Order dated [INSERT DATE], Judge Palk has permitted the attorneys in the case to make contact with jurors now that the case has concluded. I have attached Judge Palk's Order.

Your response and participation on this matter is completely voluntarily and it is entirely your decision on whether you wish to respond. You are not under any court order or mandate to respond. For attorneys, insights into what juries found relevant and important in a case is extremely helpful information for improving our work and profession. If you wish to respond to this letter, you are welcome to contact me in writing or by phone any time at my contact information below.

Respectfully,

[INSERT ATTORNEY NAME AND CONTACT INFORMATION]